No. 88–449. HEALY ET AL. v. THE BEER INSTITUTE ET AL.; and

No. 88–513. WINE & SPIRITS WHOLESALERS OF CONNECTICUT, INC. v. THE BEER INSTITUTE ET AL. C. A. 2d Cir. [Probable jurisdiction noted, 488 U. S. 954.] Motion of Wine & Spirits Wholesalers of America, Inc., for leave to file a brief as *amicus curiae* granted.

No. 88–454. UNITED STATES v. MONSANTO. C. A. 2d Cir. [Certiorari granted, 488 U. S. 941.] Motion of Committee on Criminal Advocacy et al. for leave to participate in oral argument as *amici curiae* and for divided argument denied.

No. 88–515. SABLE COMMUNICATIONS OF CALIFORNIA, INC. v. FEDERAL COMMUNICATIONS COMMISSION ET AL.; and

No. 88–525. FEDERAL COMMUNICATIONS COMMISSION ET AL. v. SABLE COMMUNICATIONS OF CALIFORNIA, INC. D. C. C. D. Cal. [Probable jurisdiction noted, 488 U. S. 1003.] Motion of the Acting Solicitor General to dispense with printing the joint appendix granted.

No. 88–556. BROWNING-FERRIS INDUSTRIES OF VERMONT, INC., ET AL. v. KELCO DISPOSAL, INC., ET AL. C. A. 2d Cir. [Certiorari granted, 488 U. S. 980.] Motions of Metromedia, Inc., and Goodyear Tire & Rubber Co. for leave to file briefs as *amici curiae* granted.

No. 88–681. CALIFORNIA STATE BOARD OF EQUALIZATION v. SIERRA SUMMIT, INC. C. A. 9th Cir. [Certiorari granted, 488 U. S. 992.] Motion of National Governors' Association et al. for leave to file a brief as *amici curiae* granted.

No. 88–927. KEYSTONE SHIPPING CO. v. NEW ENGLAND ENERGY, INC., ET AL. C. A. 1st Cir. Motion of respondents to expedite consideration of the petition for writ of certiorari denied.

No. 88–1207. G. K. C. MICHIGAN THEATRES, INC., ET AL. v. NATIONAL AMUSEMENTS, INC. C. A. 6th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.